MHL

Plaintiff

Carl Diaz
820 W. Lawrence Chgo, Ill. 60640


Defendant
Alden Lakeland
820 W. Lawrence Chgo, Ill. 60640
DR. coleslaw
Alden Lakeland will not leave
us move out myself and virginia
Diaz

08CV4448
JUDGE COAR
MAGISTRATE JUDGE KEYS

RECEIVED
8-7-2008
AUG 0 7 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT