MHK

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Carl Diaz
(Please print)

STREET ADDRESS: 820 W. Lawrence

CITY/STATE/ZIP: Chicago, Ill. 60640

PHONE NUMBER: (773) 769 2570

CASE NUMBER: 08CV4448
JUDGE COAR
MAGISTRATE JUDGE KEYS

Signature: Carl Diaz

Date: July 14, 20008

FILED
AUG 0 7 2008  TC
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT